UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ALLAN F. WHITE, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) No. 1:16-CV-332 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| BRADLEY COUNTY GOVERNMENT, *et al.*, | ) |
| | ) |
| *Defendants.* | ) |

## JUDGMENT ORDER

Before the Court is Defendants' motion for summary judgment (Doc. 43) on Plaintiffs' claims under 42 U.S.C. § 1983 and Tennessee state law. Plaintiffs responded in opposition (Doc. 46), and Defendants replied (Doc. 50). For the reasons expressed in the accompanying memorandum, the Court **GRANTS IN PART** Defendants' motion for summary judgment (Doc. 43) and **REMANDS** the case to the Bradley County, Tennessee Circuit Court for the disposition of Plaintiffs' remaining state law claims. Accordingly, Plaintiffs' motion in limine (Doc. 55), Defendants' motions in limine (Docs. 58-73), and Defendants' motion to continue (Doc. 75) are **DENIED AS MOOT**. There being no remaining issues, the clerk is **DIRECTED** to **CLOSE** the case.

    **SO ORDERED.**

    **ENTER:**

                              **/s/**
                              **CURTIS L. COLLIER**
                              **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
　　s/ *John L. Medearis*
　CLERK OF COURT