# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## OFFICE OF THE CLERK
900 Georgia Avenue, Room 309
Chattanooga, Tennessee 37402
(423) 752-5200

**JOHN L. MEDEARIS**  **LeAnna Wilson**
Clerk of the Court  Chief Deputy Clerk

## NOTICE

Pursuant to Local Rule 43.3, this Notice is to advise counsel to pick up the exhibits in this case no later than **Friday, July 26, 2019**. If you would like to pick up these exhibits, please call 423-386-3540 to schedule the pick-up. If you do not pick up these items the Clerk is authorized to dispose of them.

Very truly yours,

John L. Medearis, Clerk of Court

By: s/Stefanie Capetz
    Deputy Clerk